# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**MICHAEL QUINCY SANDERS,**

    **Plaintiff,**

**v.**                                  **CASE NO. 3:17-CV-803-MCR-EMT**

**GEO GROUP, et al.,**

    **Defendants.**

_____/

## ORDER

This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated October 22, 2018 (ECF No. 35). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of the record, as Plaintiff has not filed any objections.

Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.	Plaintiff's claims against Defendants GEO Group and Charles Maiorana are **DISMISSED with prejudice**, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted;

3.	The case is hereby recommitted to the assigned magistrate judge for further proceedings on Plaintiff's Eighth Amendment claims against Defendants Williams, Crawford, and Johns.

**DONE AND ORDERED** this 26th day of November 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**