# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MICHAEL QUINCY SANDERS,

    Plaintiff,

v.                              CASE NO. 3:17cv803-MCR/MJF

GEO GROUP, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 22, 2018. ECF No. 35. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.[1]

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

---

[1] The Court notes attorney Gary Lee Printy filed an appearance on behalf of Plaintiff; however, no objections to the Report and Recommendation have been filed. Thus the Court presumes there are no objections to the Report and Recommendation and Mr. Printy will serve as legal counsel for Plaintiff in these proceedings going forward.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's claims against Defendants GEO Group and Charles Maiorana are **DISMISSED with prejudice**, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted;

3. The case is hereby recommitted to the assigned magistrate judge for further proceedings on Plaintiff's Eighth Amendment claims against Defendants Williams, Crawford, and Johns.

**DONE AND ORDERED** this 20th day of March 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**